UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAINBRIDGE FUND LTD., <br><br> Plaintiff, <br><br> -against- <br><br> REPUBLIC OF ARGENTINA, <br><br> Defendant. | 16 Civ. 8605 (LAP) <br> 16 Civ. 8665 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of counsel's letter dated June 9, 2020 [dkt. no. 34 in 16 Civ. 8605]. Counsel shall confer and propose an order resolving the summary judgment motions.

**SO ORDERED.**

Dated:   New York, New York
         June 10, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge