UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAINBRIDGE FUND LTD.,<br><br>     Plaintiff,<br><br>  v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>     Defendant. | Civil Case No. 1:16-cv-08605-LAP<br>("*Bainbridge I*") |
| BAINBRIDGE FUND LTD.,<br><br>     Plaintiff,<br><br>  v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>     Defendant. | Civil Case No. 1:16-cv-08665-LAP<br>("*Bainbridge II*") |

<b>[PROPOSED] JUDGMENT</b>

  Plaintiff Bainbridge Fund Ltd. having moved this Court for partial summary judgment, and the matter having come before the Honorable Loretta A. Preska, United States District Court, and the Court having granted partial summary judgment pursuant to the Opinion and Order dated December 1, 2020 and pursuant to the Honorable Thomas P. Griesa's Memorandum dated February 22, 2007, and the Court having directed that judgment be entered for the principal amount of the bonds described below, plus accrued interest,

  Now, it is hereby, ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover from the Republic of Argentina (the "Republic") as follows:

  1.  With respect to the bond in the principal amount of $34,000,000 bearing ISIN US040114GG96, with a maturity date of June 19, 2018 and a coupon rate of 12.25%, Plaintiff

DM1\11098747.4

Bainbridge Fund Ltd. shall recover from the Republic (A) **$95,424,899.38**, which figure is comprised of (i) $34,000,000 (representing the unpaid value of the principal on the bond); plus (ii) $41,650,000 (representing the unpaid 12.25% interest on the principal on the bond from November 4, 2010 through November 30, 2020) and (iii) $19,774,899.38 (representing interest on the unpaid interest, calculated at the statutory rate of 9% from December 19, 2010 through November 30, 2020); plus (B) **all interest that has accrued since November 30, 2020 until the date of entry of this Judgment, in the *per diem* amount of $21,981.94**, which figure is comprised of (i) $11,569.44 in *per diem* interest on the unpaid principal; and (ii) $10,412.50 in *per diem* pre-judgment interest on the unpaid interest.

      2.      It is further ORDERED that, until further notice from the Court, Plaintiff must refrain from selling or otherwise transferring its interest in the bonds involved in this action without advising the Court in advance and obtaining the permission of the Court.

      3.      It is further ORDERED that, consistent with the terms of the Court's Opinion and Order dated Dec. 1, 2020, all of Plaintiff's other claims in these cases are hereby dismissed.

Dated: New York, New York
December 1, 2020

The Clerk of the Court shall mark both actions closed and all pending motions denied as moot.
SO ORDERED.

*Loretta A. Preska*
Loretta A. Preska, U.S.D.J.