UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAINBRIDGE FUND LTD,

                Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

                Defendant.

No. 16 CV 8605 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall appear for a teleconference on March 18, 2024, at 11:00 a.m. to discuss Plaintiff's anticipated motion to compel asset discovery. Counsel shall use the dial-in: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    February 28, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge