| | # Duane Morris | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1032 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4715 | PITTSBURGH |
| LOS ANGELES | E-MAIL: AJCostantini@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | *www.duanemorris.com* | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |

ALLIANCES IN MEXICO

July 25, 2024

**VIA ECF**
Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007-1312

      Re:    *Bainbridge Fund Ltd. v. The Republic of Argentina*
              Civil Case No. 1:16-cv-08605-LAP

Your Honor:

    As you are aware, you have scheduled a hearing for August 7, 2024, on plaintiff's request for a premotion discovery conference. In accordance with Rule 2.F. of your Individual Practices, I have asked one of our associates, Ramsey Schultz, to participate in the oral argument, specifically on the questions of the calculation of the number of permissible interrogatories. I may also ask her to address other matters since she is fluent in Spanish and is most familiar with the Spanish language legislative resolutions produced by the Republic. Ms. Schultz is not admitted to this Court, but she has submitted a pro hac vice application in accordance with the Local Civil Rule.

                                        Very truly yours,

                                        Anthony J. Costantini

AJC/gg
cc:    Carmine D. Boccuzzi Jr. Esq.
       David T. McTaggart, Esq.
       Nathan Abramowitz, Esq.
       Ramsey Schultz, Esq.
       Maria E. Manghi, Esq.
       Rebecca Deanne Rubin, Esq.
       Rahul Mukhi, Esq
       Rathna Janani Ramamurthi, Esq.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                                    PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM1\15546908.1 Y7120/00001