# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br><br>clearygottlieb.com<br><br>D: +1 212-225-2508<br>cboccuzzi@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

August 6, 2024

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

      Re:  *Bainbridge Fund Ltd. v. The Republic of Argentina,*
           No. 1:16 cv-08605 LAP

Dear Judge Preska:

    This firm ("Cleary Gottlieb") represents the Republic of Argentina (the "Republic") in the above-captioned action.  I write in connection with Your Honor's Memo Endorsement of the motion filed by Rebecca Rubin to withdraw as attorney for the Republic, in which the Court directed counsel to supplement the motion to comply with the requirements of Local Rule 1.4 (ECF 142).

    Ms. Rubin seeks leave to withdraw from the case on the grounds that, as of August 2, 2024, she is no longer associated with Cleary Gottlieb.  Rathna Ramamurthi and I, also of Cleary Gottlieb, have appeared in this case and will continue to represent the Republic. Accordingly, no delay will result from Ms. Rubin's withdrawal.  Ms. Rubin is not seeking a retaining lien, and copies of the moving papers have been provided to the Republic.

    In light of recent amendments to Local Rule 1.4[1], it is our understanding that an attorney moving to withdraw from a case is no longer required to submit an affidavit or other proof

---

[1] *See* Joint Local Rules, S.D.N.Y. and E.D.N.Y, Local Civil Rule 1.4 (as amended, July 1, 2024) ("… While a motion to withdraw is required when an attorney seeks to be relieved, *an affidavit is unnecessary if other counsel from the same firm, agency or organization has already entered a notice of appearance on behalf of the client and will remain in the case* …") (emphasis added).

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

[AM_ACTIVE 406247069_3]

Hon. Loretta A. Preska, p. 2

setting forth the reasons for the withdrawal and certain other information when, as is the case here, other counsel from the same firm have also appeared in the case and will continue to represent the client. Accordingly, Ms. Rubin did not submit an affidavit with her moving papers. However, if Your Honor prefers, we will gladly prepare and file such a declaration in further support of Ms. Rubin's motion to withdraw.

                                                Respectfully submitted,

                                                Carmine D. Boccuzzi, Jr.

cc: All counsel of record (via ECF)

[AM_ACTIVE 406247069_3]