

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 9, 2024

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Bainbridge Fund Ltd. v. Republic of Argentina,* No. 16 Civ. 8605 (LAP)

Dear Judge Preska:

    I write to inform the Court of the United States of America's potential participation in the above-captioned case. This case has been brought by plaintiff Bainbridge Fund Ltd. ("Bainbridge") against the Republic of Argentina ("Argentina") seeking to recover amounts due as a result of Argentina's default on certain global debt securities. ECF No. 95. Bainbridge has filed a motion for an injunction and turnover requesting that the Court order Argentina to turn over its shareholder interests in YPF S.A., in satisfaction of the Court's judgment in this action. ECF Nos. 106-107. Plaintiff's motion for an injunction and turnover was fully briefed on June 25, 2024, ECF No. 129, and is currently *sub judice*.

    The United States is actively considering whether to file a Statement of Interest with respect to the pending motion for an injunction and turnover. Pursuant to 28 U.S.C. § 517, the Attorney General of the United States is authorized to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States." The process for deciding whether to file a Statement of Interest involves coordination among interested government agencies and the approval of the U.S. Department of Justice through the Principal Deputy Assistant Attorney General for the Civil Division. The United States expects that it will be in a position to inform the Court of its potential participation in this matter, and to file its Statement of Interest should it be authorized to do so, no later than November 6, 2024.

    The Government respectfully requests that the Court reserve decision on the pending motion for an injunction and turnover until the United States has had an opportunity to submit any such statement of interest.

Page 2

I thank the Court for its consideration of this request.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

By: */s David Farber*
    DAVID E. FARBER
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Tel.: (212) 637-2772

CC:    Counsel of record (by ECF)

       BRIAN M. BOYNTON
       Principal Deputy Assistant Attorney General

       ALEXANDER K. HAAS
       Director, Federal Programs Branch

       LAUREN A. WETZLER
       Deputy Director, Federal Programs Branch

       JOSEPH E. BORSON
       Assistant Branch Director
       Civil Division, Federal Programs Branch
       United States Department of Justice