# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| AMERICAS<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>ASIA<br>BEIJING<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br><br>clearygottlieb.com<br><br>D: +1 (212) 225-2508<br>cboccuzzi@cgsh.com | EUROPE & MIDDLE EAST<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

October 3, 2024

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Bainbridge Fund Ltd. v. The Republic of Argentina*,
        No. 1:16-cv-08605 (LAP)

Dear Judge Preska:

    This firm represents the Republic of Argentina (the "Republic") in the above-captioned action. We write with the consent of Plaintiff Bainbridge Fund Ltd. ("Bainbridge") regarding the schedule to respond to Bainbridge's October 2, 2024 letter motion for a discovery conference (ECF 150). The parties have agreed that the Republic's response letter, due Monday October 7 under Your Honor's Individual Practices, will instead be due two days later, *i.e.*, on Wednesday, October 9. We accordingly respectfully request that the Court so Order this proposed schedule.

    There have been no previous requests for an extension of this deadline.

```
The Republic's deadline is extended
to October 9, 2024.   SO ORDERED.

10/03/24

        Loretta A. Preska
        _____
        LORETTA A. PRESKA, U.S.D.J.
```

Respectfully,

*Carmine D. Boccuzzi, Jr.* (signature)

Carmine D. Boccuzzi, Jr.

cc: All Counsel of Record (via ECF)