# Duane Morris

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | ANTHONY J. COSTANTINI | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 692 1032 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 202 4715 | PITTSBURGH |
| LOS ANGELES | E-MAIL  AJCostantini@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

October 23, 2024

**VIA ECF**
Honorable Loretta A. Preska
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007-1312

      Re:    *Bainbridge Fund Ltd. v. The Republic of Argentina*
                Civil Case No. 1:16-cv-08605-LAP

Your Honor:

      We represent the judgment creditor, Bainbridge Fund LTD in the above-referenced matter. We write pursuant to Rule I.E of Your Honor's Individual Practices to respectfully request an adjournment of the pre-motion conference that Your Honor scheduled this morning for October 30, 2024, at 10:00 A.M. (D.E. 158) The reason for this adjournment request is that I am presently out of the country and will not return until the end of next week. We have conferred with counsel for the judgment debtor, the Republic of Argentina, and counsel has consented to our request for an adjournment of the conference to the following week beginning November 4, 2024, or as soon thereafter as convenient to the Court, provided that it is not scheduled for November 8, 2024, when counsel is unavailable. This is the first request for adjournment of the conference.

      We thank the Court for its consideration.

                                            Very truly yours,

                                            */s/ Anthony J. Costantini*
                                            Anthony J. Costantini

DuaneMorris

Honorable Loretta A. Preska
October 23, 2024
Page 2

AJC/gg

cc: Carmine D. Boccuzzi Jr. Esq.
    David T. McTaggart, Esq.
    Nathan Abramowitz, Esq.
    Ramsey Schultz, Esq.
    Maria E. Manghi, Esq.
    Rahul Mukhi, Esq
    Rathna Janani Ramamurthi, Esq.

The premotion conference scheduled for October 30, 2024 is adjourned to November 6, 2024 at 10:00 a.m. SO ORDERED.

Date: 10/24/2024

_____
LORETTA A. PRESKA, U.S.D.J.