UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAINBRIDGE FUND LTD.,

                Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

                Defendant.

No. 16 CV 8605 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court are three letters: (1) the Government's Statement of Interest (dkt. no. 162); (2) Plaintiff's response (dkt. no. 163); and (3) Defendant's response (dkt. no. 166).

Since the Government and the parties submitted these letters, the Court of Appeals decided Peterson v. Bank Markazi, No. 15-690-CV, 2024 WL 4758719 (2d Cir. Nov. 13, 2024), and determined certain limitations on a court's subject-matter jurisdiction over post-judgment proceedings against a foreign sovereign or its instrumentality.  To the extent that the Government and the parties wish to submit further briefing concerning the applicability and impact, if any, of Peterson on the resolution of the issues remaining in this case, they shall propose a briefing schedule to the Court no later than November 27, 2024.

1

**SO ORDERED.**

Dated:     November 21, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

2