UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAINBRIDGE FUND LTD.,<br><br>                Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                Defendants. | No. 16 Civ. 08605 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the following documents: (1) the Republic of Argentina's ("the Republic" or "Defendant") request for a pre-motion conference to stay the Court's June 30, 2025 order requiring the Republic to turnover its shares of YPF S.A. to Plaintiffs, ("Turnover Order," [dkt. no. 189]), pending appeal of the Turnover Over or, alternatively, for an interim stay until the Republic can seek relief from the Court of Appeals, (dkt. nos. 190, 192); (2) Plaintiffs' opposition, (dkt. no. 191); and (3) the Republic's letter regarding its filing of a Notice of Appeal of the Turnover Order and an Emergency Motion for Stay Pending Appeal and Immediate Administrative Stay to the Court of Appeals, (dkt. no. 195).

    It is the Court's intention to enter an order deciding the Republic's motion to stay no later than Monday, July 14, 2025, and to give the parties an additional three days to go to the Court of Appeals, if warranted.

**SO ORDERED.**

Dated:      July 10, 2025
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge