# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| **AMERICAS**<br>NEW YORK<br>SAN FRANCISCO<br>SÃO PAULO<br>SILICON VALLEY<br>WASHINGTON, D.C.<br>**ASIA**<br>BEIJING<br>HONG KONG<br>SEOUL | One Liberty Plaza<br>New York, NY 10006-1470<br>T: +1 212 225 2000<br>F: +1 212 225 3999<br><br>clearygottlieb.com<br><br>D: +1 (212) 225-2508<br>cboccuzzi@cgsh.com | **EUROPE & MIDDLE EAST**<br>ABU DHABI<br>BRUSSELS<br>COLOGNE<br>FRANKFURT<br>LONDON<br>MILAN<br>PARIS<br>ROME |

October 24, 2025

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Bainbridge Fund Ltd. v. The Republic of Argentina*, 16-cv-08605-LAP

Dear Judge Preska:

This firm represents the Republic of Argentina (the "Republic") in the above-captioned action. We write with the consent of Plaintiff Bainbridge Fund Ltd. ("Bainbridge") regarding the schedule for the Republic to oppose Bainbridge's turnover motion filed on October 17, 2025 (Dkt. No. 212).

The parties have agreed to an extension of the Republic's opposition date from Friday, October 31 to Friday, November 21. There have been no previous extensions of the briefing deadlines for this motion. The Republic accordingly respectfully requests that the Court enter the deadline for its opposition.

Respectfully submitted,

/s/ Carmine D. Boccuzzi

Carmine D. Boccuzzi, Jr.

---

The extension request is granted. The Clerk of the Court shall close dkt. no. 215.
SO ORDERED.

*Loretta A. Preska*
Loretta A. Preska
United States District Judge

October 27, 2025
New York, New York

cc: All Counsel of Record (via ECF)