UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAINBRIDGE FUND LTD.,

        Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

        Defendant.

---

No. 16 CV 8605 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's October 28, 2025 letter, (dkt. no. 217); Defendant's response, (dkt. no. 218); and Plaintiff's reply, (dkt. no. 219).  The parties shall appear for a discovery conference on November 25, 2025 at 2:00 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    November 5, 2025
          New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge