# Duane Morris

*FIRM and AFFILIATE OFFICES*

| | |
|---|---|
| NEW YORK | HANOI |
| LONDON | HO CHI MINH CITY |
| SINGAPORE | SHANGHAI |
| PHILADELPHIA | ATLANTA |
| CHICAGO | BALTIMORE |
| WASHINGTON, DC | WILMINGTON |
| SAN FRANCISCO | MIAMI |
| SILICON VALLEY | BOCA RATON |
| SAN DIEGO | PITTSBURGH |
| LOS ANGELES | NORTH JERSEY |
| BOSTON | LAS VEGAS |
| HOUSTON | CHERRY HILL |
| DALLAS | LAKE TAHOE |
| FORT WORTH | MYANMAR |
| AUSTIN | |

ALLIANCES IN MEXICO

**ANTHONY J. COSTANTINI**
DIRECT DIAL: +1 212 692 1032
PERSONAL FAX: +1 212 202 4715
*E-MAIL:* AJCostantini@duanemorris.com

*www.duanemorris.com*

March 10, 2026

**VIA EMAIL**

Honorable Loretta A. Preska
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007-1312

   Re: *Bainbridge Fund Ltd. v. The Republic of Argentina*
      16-cv-08605-LAP

Your Honor:

  We represent the Plaintiff ("Bainbridge") in the above-captioned matter. We send this letter jointly on behalf of Bainbridge and the Attestor Plaintiffs[1] to inform the Court of a tentative settlement and request this Court lift its stay on the Disputed Amount[2] (ECF No. 50) and issue an order stating that the FRBNY is authorized and directed to disburse promptly the Disputed Amount to an escrow account (the "**Escrow Account**") established by Wilmington Trust, National

---

[1] "Attestor Plaintiffs" are Attestor Master Value Fund, LP, Trinity Investments Limited, Bison Bee LLC, Bybrook Capital Master Fund LP, Bybrook Capital Hazelton Master Fund LP, White Hawthorne, LLC, and White Hawthorne II, LLC. *See* ECF No. 181 at 1, n.1.

[2] The Disputed Amount is defined, pursuant to this Court's March 5, 2025 Stipulation and Order directing the continued stay on the funds, as the sum of $96 Million of the Reversionary Interests that were to "remain on deposit with the Federal Reserve Bank of New York" pending final resolution of the Priority Dispute between Bainbridge and the Attestor Plaintiffs. ECF No. 50 at 14.

DUANE MORRIS LLP

22 VANDERBILT, 335 MADISON AVENUE, 23RD FLOOR, NEW YORK, NY 10017-4669 PHONE: +1 212 692 1000 FAX: +1 212 692 1020
DM1\20705517.1

DuaneMorris

Honorable Loretta A. Preska
March 10, 2026
Page 2

Association (the "**Escrow Agent**") pursuant to an escrow agreement mutually agreed to by the Parties and the Escrow Agent (the "**Escrow Agreement**"). The Disputed Amount will be paid in accordance with the terms of the Escrow Agreement.

At the same time, Bainbridge will make a motion in the Second Circuit requesting a stay of its appeal of this Court's Priority Order and all related motions.

Any payment under the terms of the Escrow Agreement will be made upon the finalization of the tentative settlement between Bainbridge and the Attestor Plaintiffs. If the tentative agreement is not finalized, Bainbridge and Attestor Plaintiffs will file a status report by April 30, 2026.

Bainbridge thanks the Court for its time and attention to this matter.

Very truly yours,

*Anthony J. Costantini* (signature)

Anthony J. Costantini

CC:

Carmine D Boccuzzi, Jr.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Kevin S. Reed
Alex H. Loomis
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016

Dennis H. Hranitzky
Quinn Emanuel Urquhart & Sullivan, LLP
2755 E. Cottonwood Pkwy., Suite 520
Salt Lake City, UT 84121