## CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

March 10, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

  Re: *Bainbridge Fund Ltd. v. The Republic of Argentina*, No. 1:16-cv-08605-LAP

Dear Judge Preska:

  This firm represents the Republic of Argentina (the "Republic") in the above-captioned action. We write with the consent of Plaintiff Bainbridge Fund Ltd. ("Bainbridge") to inform the Court that the parties have reached an agreement in principle to settle this action.

  In light of this development, the parties respectfully request that the Court stay this action, including holding in abeyance Bainbridge's motion filed on October 17, 2025 seeking turnover of the Republic's ownership interest in Banco de la Nación Argentina and Aerolíneas Argentinas, ECF No. 212, pending finalization of the settlement agreement.

Hon. Loretta A. Preska, p. 2

The parties will promptly update the Court regarding the status of the settlement and any need for further proceedings.

Respectfully,

Carmine D. Boccuzzi, Jr.

cc:    All Counsel of Record (via ECF)