UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAINBRIDGE FUND LTD.,

                  Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

                  Defendant.

No. 16 Civ. 8605 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the Republic's letter advising that the parties have reached an agreement in principle to settle this action. (Dkt. 236.) In light of the pending settlement, the Court will stay this action and hold all deadlines in abeyance pending finalization of the settlement agreement.

The parties shall update the Court upon finalization of the settlement agreement or within thirty days of this Order, whichever is earlier.

The Clerk of the Court is directed to close Dkt. 236.

**SO ORDERED**.

Dated:     March 11, 2026
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge