UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAINBRIDGE FUND LTD.,

                    Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

                    Defendant.

No. 16 Civ. 8605 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

In view of the pending settlement, Plaintiff's motion for turnover (Dkt. 212) is DENIED as moot without prejudice to refiling if settlement is not effectuated.

The Clerk of Court shall close Dkt. 212.

**SO ORDERED.**

Dated:    April 6, 2026
          New York, New York

LORETTA A. PRESKA
Senior United States District Judge