## CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

April 10, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *Bainbridge Fund Ltd. v. The Republic of Argentina*,
>      No. 1:16-cv-08605-LAP

Dear Judge Preska:

This firm represents the Republic of Argentina (the "Republic") in the above-captioned action.  We write with the consent of Plaintiff Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("Bainbridge") to provide a joint update regarding the status of settlement pursuant to this Court's March 11, 2026 Order (the "March 11 Order").  The March 11 Order stayed this action and instructed the parties to update the Court upon finalization of the settlement agreement or within thirty days of the Order.  ECF No. 237.  Consistent with the Court's instruction, we provide the Court with the following update:

On April 1, 2026, the parties signed a definitive settlement agreement.  This agreement is subject to approval by the Argentine Congress and is expected to be sent to Congress next week.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Hon. Loretta A. Preska, p. 2

The parties will promptly update the Court regarding the status of the settlement and any need for further proceedings by May 11, 2026.

Respectfully,

Carmine D. Boccuzzi, Jr.

cc:   All Counsel of Record (via ECF)