## CLEARY GOTTLIEB STEEN & HAMILTON LLP

**AMERICAS**
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
**ASIA**
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

**EUROPE & MIDDLE EAST**
ABU DHABI
BRUSSELS
COLOGNE
LONDON
MILAN
PARIS
ROME

May 11, 2026

**VIA ECF**

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re: *Bainbridge Fund Ltd. v. The Republic of Argentina*,
> No. 1:16-cv-08605-LAP

Dear Judge Preska:

This firm represents the Republic of Argentina (the "Republic") in the above-captioned action. As set out in the parties' joint April 10, 2026 letter to the Court, *see* ECF No. 240, we are writing with the consent of Plaintiff Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("Bainbridge") to provide a further update regarding the status of the parties' settlement.

The settlement agreement was submitted to the Argentine Congress on April 17, 2026. On April 29, 2026, during a joint meeting of the Senate Committees on Budget and Finance and on National Economy and Investment, a majority opinion recommending approval of the bill ratifying the settlement was issued. The settlement continues to move through the legislative approval process.

The parties have agreed to extend the outside date for Congressional approval from April 30, 2026 to June 15, 2026 in light of the legislative steps that remain to effectuate approval.

Hon. Loretta A. Preska, p. 2

   The parties will promptly update the Court regarding the status of the settlement and any need for further proceedings by June 15, 2026.

            Respectfully,

            Carmine D. Boccuzzi, Jr.

cc:  All Counsel of Record (via ECF)