**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------- X
BAINBRIDGE FUND LTD.                                                    :
                                                                       :
                                          *Plaintiff*,                 :     16-cv-8605 (LAP)
                                                                       :
                        -against-                                      :
                                                                       :
THE REPUBLIC OF ARGENTINA,                                             :
                                                                       :
                                          *Defendant*.                 :
---------------------------------------------------------------------- :
                                                                       X

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, on November 4, 2016, Plaintiff Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("Bainbridge") filed a Complaint against Defendant, the Republic of Argentina (the "Republic"), ECF No. 1, based on Bainbridge's ownership of beneficial interests in Republic-issued bonds (the "Bonds");

WHEREAS, on December 1, 2020, the Court entered a judgment, ECF No. 41, in favor of Bainbridge and against the Republic of Argentina with respect to the Bonds;

WHEREAS, Bainbridge and the Republic have consummated a settlement and Bainbridge agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment against the Republic in connection with the Bonds.

NOW, THEREFORE, Bainbridge, by its attorneys Duane Morris LLP, and the Republic, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE THAT:

1. Bainbridge's claims against the Republic are hereby dismissed pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(ii) with prejudice and without costs.

2. This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

Dated: New York, New York
       July 29, 2026

DUANE MORRIS LLP


By:  _/s/ Anthony J. Costantini_
     Anthony J. Costantini
     (ajcostantini@duanemorris.com)
     22 Vanderbilt
     New York, New York 10017
     (212) 692-1032

Dated: New York, New York
       July 29, 2026

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:  _/s/ Carmine D. Boccuzzi, Jr._
     Carmine D. Boccuzzi, Jr.
     (cboccuzzi@cgsh.com)
     Maria E. Manghi
     (mmanghi@cgsh.com)
     One Liberty Plaza
     New York, New York 10006
     (212) 225-2000

     Rathna J. Ramamurthi
     (rramamurthi@cgsh.com)
     2112 Pennsylvania Avenue, N.W.
     Washington, D.C. 20037
     (202) 974-1500

*Attorney for Plaintiff Bainbridge Ltd.*

*Attorneys for Defendant the Republic of Argentina*


SO ORDERED:

_____
United States District Judge Loretta A. Preska
Dated:  ___    , 2026

2