UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

BAINBRIDGE FUND LTD.                                           :
                                                              :
                               *Plaintiff,*                   :        16-cv-8605 (LAP)
                                                              :
              -against-                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                               *Defendant.*                   :
------------------------------------------------------------- :
                                                              X

### NOTICE OF SATISFACTION OF JUDGMENT

WHEREAS, on December 1, 2020, the Court entered a final judgment, ECF No. 41, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the Plaintiff Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("Bainbridge"), with respect to Bainbridge's beneficial interests in certain defaulted bonds issued by the Republic (the "Bonds");

WHEREAS, Bainbridge and the Republic have entered into a settlement agreement on April 1, 2026 (the "Settlement Agreement"), and Bainbridge agreed, *inter alia*, to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment in connection with the Bonds (the "Settlement Consideration");

WHEREAS, in accordance with the Settlement Agreement, Bainbridge received the Settlement Consideration;

WHEREAS, Bainbridge's Final Judgment has been fully satisfied by the Republic's payment to Bainbridge;

NOW, THEREFORE, full satisfaction of Bainbridge's Final Judgment against the Republic is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket.

DATED:  July 29, 2026

Respectfully submitted,

DUANE MORRIS LLP

By:  _/s/ Anthony J. Costantini___
Anthony J. Costantini
(ajcostantini@duanemorris.com)
22 Vanderbilt
New York, New York 10017
(212) 692-1032

SO ORDERED:

_____
United States District Judge Loretta A. Preska
Dated:              , 2026

2