USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 04, 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

BAINBRIDGE FUND LTD.,

        Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

16 Civ. 08605 (LAP)

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 1st day of December, 2020 at ECF No. 41 (the "Final Judgment") in favor of Plaintiff Bainbridge Ltd. (formerly known as Bainbridge Fund LTD) ("Bainbridge") and against Defendant The Republic of Argentina (the "Republic") in the amount of $95,424,899.38  plus all interest that has accrued since November 30, 2020 until the date of entry of the Judgment, in the per diem amount of $21,981.94 with no costs to be taxed, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

WHEREAS, Bainbridge and the Republic have entered into a settlement agreement on April 1, 2026 (the "Settlement Agreement"), and Bainbridge agreed, *inter alia,* to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment in connection with the Bonds (the "Settlement Consideration");

WHEREAS, in accordance with the Settlement Agreement, Bainbridge received the Settlement Consideration;

1

WHEREAS, Bainbridge's Final Judgment has been fully satisfied by the Republic's payment to Bainbridge;

THEREFORE, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       August 3, 2026

DUANE MORRIS LLP

BY: _____
       Anthony J. Costantini
22 Vanderbilt
335 Madison Ave., 23rd Floor
(212) 692-1032
ajcostantini@duanemorris.com

*Counsel for Plaintiff Bainbridge Fund, Ltd.*

2

STATE OF NEW YORK       )
                                 )    ss.:

COUNTY OF NEW YORK   )

On the 3ʳᵈ day of August, 2026 before me personally came Anthony

Costantini to me known and known to be a member of the firm of Duane Morris LLP, attorneys

for Plaintiff Bainbridge Fund Ltd. in the above-entitled action, and to be the same person

described in and who executed the within satisfaction of judgment and acknowledged to me that

he executed the same.

_____
Notary Public

JOYCE BRANCHE
Notary Public - State of New York
NO. 01BR4814964
Qualified in Nassau County
My Commission Expires Aug 31, 2026