1:16-cv-08605-LAP
S.D.N.Y.–N.Y.C.
Preska, J.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 15, 2025
```

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

——————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand twenty-five.

Present:
> Myrna Pérez,
> Sarah A. L. Merriam,
> Maria Araújo Kahn,
> > *Circuit Judges*.

————————————————————

Bainbridge Fund LTD,

> *Plaintiff-Appellee*,

> v.                                                    25-1686

The Republic of Argentina,

> *Defendant-Appellant*,

-----------------------------------------------------------

United States of America,

> *Amicus Curiae*.

————————————————————

Petersen Energia Inversora, S.A.U., Petersen Energia S.A.U.,

> *Plaintiffs-Appellees*,

> v.                                                    25-1687

———————————

\* The relevant docket numbers are 15-cv-2739, 16-cv-8569, and 16-cv-8605.

Argentine Republic,

*Defendant-Appellant*,

YPF S.A.,

*Defendant*.

---

Eton Park Capital Management, L.P., et al.,

*Plaintiffs-Appellees*,

v.                                                                 25-1689

Argentine Republic,

*Defendant-Appellant*,

YPF S.A.,

*Defendant*.

---

For the purposes of this order, the above-captioned appeals are consolidated.

Appellant Republic of Argentina moves for a stay pending resolution of its appeals of the district court's June 30, 2025 orders compelling it to turn over shares of YPF S.A. to a bank account in New York. Appellees oppose. The United States of America moves to file briefs as amicus curiae.

Upon due consideration, it is hereby ORDERED that the stay motions are GRANTED and the district court's June 30, 2025 orders are STAYED pending resolution of these appeals. It is further ORDERED that the United States' motions to file amicus briefs are GRANTED.

Appellant shall file scheduling notifications in accordance with Second Circuit Local Rule 31.2.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2



CERTIFIED COPY ISSUED ON 08/15/2025